UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mark Cardenas,<br>Pamela Muldoon,<br>Lori Gillespie,<br>Katherine Erickson,<br>Michelle Blackmon,<br>Rene Masinda,<br>Nicole Plocher,<br>Erin Johnson,<br><br>Plaintiffs,<br><br>v.<br><br>Prudential Insurance Company of America,<br><br>Defendant. | Civil 99-1421 JRT/FLN<br>Civil 99-1422 JRT/FLN<br>Civil 99-1526 JRT/FLN<br>Civil 99-1527 JRT/FLN<br>Civil 99-1573 JRT/FLN<br>Civil 99-1576 JRT/FLN<br>Civil 99-1577 JRT/FLN<br>Civil 99-1618 JRT/FLN |
| Steven DeMarais,<br><br>Plaintiff,<br><br>v.<br><br>Prudential Insurance Company of America,<br><br>Defendant. | Civil 00-005 JRT/FLN<br><br><br><br><br><br>**ORDER** |

---

THERESA A. FREEMAN AND JOHN DEGNAN, Esqs., for plaintiffs.
NEIL ABRAMSON, LLOYD CHINN AND CHARLES LENTZ, Esqs., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on

FILED JUL 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

July 6, 2000, on Plaintiff's Motion to Amend the Complaint.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend the Complaint is **GRANTED** (99-1421 [#16], 99-1422 [#16], 99-1526 [#15], 99-1527 [#14], 99-1576 [#14], 99-1577 [#15], 99-1618 [#14], 00-5 [#9]). The Motion as it pertains to Plaintiff Michelle Blackmon (99-1573 [#10]) is **DENIED as moot.**[1]

DATED: July 12, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

---

[1] Plaintiffs' Counsel indicated at hearing that Blackmon is dismissing her case.