**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **STEVEN DEMARAIS,**<br><br>Plaintiff,<br><br>vs.<br><br>**PRUDENTIAL INSURANCE COMPANY OF AMERICA; ART RYAN, IN HIS CAPACITY AS TRUSTEE FOR THE PRUDENTIAL MERGED RETIREMENT PLAN, a/k/a, PRU PLANS, a/k/a THE PRU PLAN; THE PRUDENTIAL TRUST COMPANY AS TRUSTEE FOR THE RETIREMENT SYSTEM FOR UNITED STATES EMPLOYEES AND SPECIAL AGENTS; AND, ART RYAN AS FIDUCIARY FOR PRUDENTIAL MERGED RETIREMENT PLAN, a/k/a, PRU PLANS, a/k/a, THE PRU PLAN**<br><br>Defendants. | ) | **Civil Action No. 00-005 JRT/FLN**<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULE** |

## STIPULATION

THE PARTIES HEREBY STIPULATE AND AGREE to the following modification of the Pretrial Schedule in the above-referenced cases:

1. Non-expert discovery deadline shall be May 1, 2001.

Date: February 22, 2001

NEFF LAW FIRM, P.A.

Theresa A. Freeman

Theresa A. Freeman, ID #150848
Fred L. Neff, ID #77355
Attorneys for Plaintiff
720 Minnesota Center
7760 France Avenue South
Bloomington, MN 55435

FILED MAR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

(952) 831-6555

and

Bassford, Lockhart, Truesdell & Briggs, P.A.

John M. Degnan, ID #21817
Alan Silver, ID #101023
Attorneys for Plaintiff
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3787
(612) 333-3000

Date: 2/26/01

Proskauer Rose, LLP

Michael Marra, ID # MM-3320
Attorney for Defendant
1585 Broadway
New York, NY 10036-8299
(212) 969-3937

**ORDER**

IT IS HEREBY ORDERED that the non-expert discovery deadline shall be May 1, 2001.
All other deadlines remain unchanged.

Dated: 3/15/01

Magistrate Judge Franklin L. Noel