239578

UNITED STATES DISTRICT COURT
District of Minnesota
PETITION FOR ADMISSION PRO HAC VICE

Case Number: 00-CV-005 (JRT/FLN)

Affidavit of Movant

I, Charles O. Lentz, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Michael Marra, an attorney admitted to practice in the Southern District of New York, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (X) defendants Prudential Insurance Co. of America, The Prudential Merged Retirement Plan, Art Ryan, and the Prudential Trust Co. in the case listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case listed below, and that I accept service of all papers served.

Signature ______ Date 4.10.01

Minnesota Attorney License Number: 168403
Law Firm Name & Address: Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, NM 55402-2015
Telephone: (612) 349-8500 Fax: (612) 349-8558

Affidavit of Proposed Admittee

I, Michael Marra, am currently a member in good standing of the U.S. District Court for the Southern District of New York , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matter listed below, and must accept service of all papers served.

Michael R. Marra
Print Name ______ Signature ______ Date 4/10/01

Attorney Bar Number: MM-3320
Law Firm Name & Address: Proskauer Rose LLP
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3000 Fax: (212) 969-2900

Case Number: 00-CV-~~005~~ 1576 Judge Assigned: The Honorable John Tunheim
Case title: Steven Demarais v. Prudential Insurance Company of America, et al.

Motion Granted: ______ APR 12 2001
For the Court, Francis E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated int he above-entitled action.

Clerk, U.S. District Court
Federal Building, Room 708
316 North Robert Street
St. Paul, Minnesota 55101

20

FILED APR 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______