IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STEVEN DEMARAIS,<br><br>Plaintiff,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA, ART RYAN, IN HIS CAPACITY AS TRUSTEE FOR THE PRUDENTIAL MERGED RETIREMENT PLAN, a/k/a, PRU PLANS, a/k/a THE PRU PLAN, THE PRUDENTIAL TRUST COMPANY AS TRUSTEE FOR THE RETIREMENT SYSTEM FOR UNITED STATES EMPLOYEES AND SPECIAL AGENTS, AND, ART RYAN AS FIDUCIARY FOR PRUDENTIAL MERGED RETIREMENT PLAN, a/k/a, PRU PLANS, a/k/a, THE PRU PLAN,<br><br>Defendants. | Civil Action No. 00-005 (JRT/FLN)<br><br>**STIPULATION AND PROPOSED ORDER** |

WHEREAS, the Court's initial Pretrial Schedule ordered that all non-expert discovery in this matter be commenced in time to be completed by April 1, 2001; and

WHEREAS, by Order dated March 15, 2001 the Court extended the deadline for non-expert discovery to May 1, 2001; and

WHEREAS, the parties had commenced, or attempted to commence, certain discovery prior to May 1, 2001, namely the Defendants hade previously noticed the deposition of non-party witness Wilmer Sigwarth, and the Plaintiff had commenced, but not completed, a Rule 30(b)(6) deposition of Defendants Prudential Insurance Company of America and The Prudential Merged Retirement Plan; and

AUG 23 2001
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

WHEREAS, despite good faith efforts to do so, as of May 1, 2001, the parties had not yet completed the above-referenced depositions, and needed additional time in which to do so; and

WHEREAS, such discovery has only recently been completed, upon the commencement and completion of the deposition of Mr. Sigwarth on May 30, 2001, and the Plaintiff's acceptance of Defendants' affidavits in lieu of additional testimony pursuant to Rule 30(b)(6); and

WHEREAS, the Court's initial Pretrial Schedule set dates for: the service of nondispositive motions relating to discovery; the disclosure of the identity of expert witnesses, expert testimony and completion of expert depositions; the filing of dispositive motions; and the placement of the case on the court's trial calendar; and

WHEREAS, because of the delay in completing non-expert discovery, the parties agree that each will need additional time to complete the other litigation matters described in the Court's Pretrial Schedule:

NOW THEREFORE, IT IS STIPULATED AND AGREED, between the undersigned attorneys for the parties, that:

1. Except to the extent arising from any party's production of supplemental discovery pursuant to its discovery obligations, no additional depositions may be noticed or subpoenaed in this action; and

2. Other deadlines for events that have been set in the initial Pretrial Schedule shall be extended from the dates set forth in the initial Pretrial Schedule, roughly commensurate with the additional time that was necessary for the completion of non-expert

discovery, to wit: nondispositive motions relating to discovery shall be served by October 1, 2001; expert witnesses shall be identified by Plaintiff, and the substance of expert testimony shall be disclosed, no later than August 15, 2001, and by Defendants no later than September1, 2001; expert depositions shall be completed no lager than September 15, 2001; all dispositive motions shall be filed no later than November 15, 2001; and the ready for trial date shall be no later than December 14, 2001.

Dated July 31, 2001

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Alan I. Silver (License #101023)
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**NEFF LAW FIRM, P.A.**
Theresa A. Freeman (License #150848)
Fred L. Neff
720 Minnesota Center
7760 France Avenue South
Bloomington, Minnesota 55435
(952) 831-6555
***Attorneys for Plaintiff***

**PROSKAUER ROSE LLP**

Aaron J. Schindel (AS-5248)
Michael R. Marra (MM-3320)
1585 Broadway
New York, NY 10036-8299
212-969-3090

**ROBINS, KAPLAN, MILLER & CIRESI**
Thomas C. Kayser (5415X)
Charles O. Lentz (168403)
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402-2015
(612) 349-8558
***Attorneys for Defendants***

**SO ORDERED:**

Honorable Franklin L. Noel
United States Magistrate Judge